# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARREN ADAMS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLEREADY, INC., a Washington Corporation; ARAMARK SERVICES, INC., a Delaware Corporation; YOSEMITE HOSPITALITY, LLC, a Delaware Corporation; FLOYD FOWLER, an individual; and DOES 1-100 inclusive,<br><br>Defendants. | Case No. 1:18-cv-00435-LJO-EPG<br><br>**ORDER GRANTING DEFENDANT PEOPLEREADY, INC.'S MOTION FOR LEAVE TO DEPOSE DEFENDANT FLOYD FOWLER**<br><br>(ECF No. 11) |

On November 19, 2018, the Court heard oral argument on the pending motion by Defendant PeopleReady, Inc. for leave to take deposition of Defendant Floyd Fowler, (ECF No. 11), who is incarcerated at the Federal Correctional Complex in Lompoc, California. (ECF No. 12). The Court, having reviewed the submission and finding good cause, hereby grants the motion for the reasons stated on the record. The deposition of Mr. Fowler shall be taken in the Federal Correctional Institution prison facility, on December 20, 2018 at 9:30 a.m., or on a date and at a time that is convenient for Mr. Fowler and the prison.


IT IS SO ORDERED.

Dated: **November 26, 2018**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE