# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARREN ADAMS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLEREADY, INC., a Washington Corporation; ARAMARK SERVICES, INC., a Delaware Corporation; YOSEMITE HOSPITALITY, LLC, a Delaware Corporation; FLOYD FOWLER, an individual; and DOES 1-100 inclusive,<br><br>Defendants. | Case No. 1:18-cv-00435-LJO-EPG<br><br>**ORDER ON STIPULATION TO CONTINUE DISCOVERY DEADLINE**<br><br>(ECF No. 19) |

On February 21, 2019, the parties filed a stipulation to extend the nonexpert discovery cutoff to August 15, 2019. (ECF No. 19.) As discussed on the record at the motion to stay hearing on February 8, 2019, (ECF No. 18), the Court is unable to modify the dates for the pretrial conference and trial, currently set for November 19, 2018, and January 21, 2020, respectively. Nonetheless, the Court finds good cause to modify the nonexpert discovery cutoff.

\\\

\\\

\\\

However, the Court finds good cause for a partial extension of the deadline to complete non-expert discovery.

Accordingly, the nonexpert discovery cutoff is extended to June 14, 2019.

All other dates in the Scheduling Conference Order (ECF No. 9) shall remain unchanged.

IT IS SO ORDERED.

Dated: **February 22, 2019**

/s/ *Eric P. Grosjean*
UNITED STATES MAGISTRATE JUDGE