UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARREN ADAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PEOPLEREADY, INC., *et al.*,<br><br>　　　　Defendants. | Case No. 1:18-cv-00435-LJO-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF CERTAIN DEFENDANTS AND NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF REMAINING DEFENDANT<br><br>(ECF Nos. 30, 31) |

On May 17, 2019, Plaintiff, Garren Adams, and Defendants PeopleReady, Inc., Aramark Services, Inc., and Yosemite Hospitality, LLC, filed a stipulation to dismiss the action with prejudice. (ECF No. 30.) In light of the stipulation, these defendants are dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

On May 31, 2019, Plaintiff filed a notice of voluntary dismissal with prejudice of the remaining Defendant, Floyd Fowler. (ECF No. 31). Accordingly, in light of the notice, Defendant Fowler is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson*, 111 F.3d at 692.

Through the stipulation (ECF No. 30) and voluntary dismissal (ECF No. 31) all defendants in this action have been automatically dismissed, and the case has ended and is

dismissed in its entirety with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson*, 111 F.3d at 692. Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **June 3, 2019**

/s/ *Eric P. Grosj[...]*
UNITED STATES MAGISTRATE JUDGE